UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD W. LATTISH,<br><br>            Plaintiff,<br><br>v.<br><br>WATERMAN STEAMSHIP COMPANY, a Corporation of New York State,<br><br>            Defendant. | C06-960Z<br><br>ORDER |

On October 30, 2006, the Court granted Plaintiff's Motion to Compel Payment of Unearned Wages and Payment of Medical Cure and ordered Defendant to pay Plaintiff's attorney's fees in the amount of $2,000. Order, docket no. 19. The Order did not specify the amount of unearned wages and medical cure owed. Defendant now moves the Court to reconsider its October 30, 2006 Order. Def.'s Mot. Reconsideration, docket no. 20.

Having considered the briefs and declarations in support of and in opposition to the motion, including the Supplemental Declaration of Gail Luhn, docket no. 30, the Court GRANTS IN PART and DENIES IN PART Defendant Waterman Steamship Company's Motion for Reconsideration of the Court's Order Granting Plaintiff's Motion to Compel, docket no. 20.

The Court GRANTS Defendant's motion for reconsideration regarding medical cure and VACATES its Order compelling Defendant to pay medical cure. The Court takes this

ORDER  1–

action in light of Plaintiff's failure to demonstrate the existence of any outstanding medical bills that Defendant has not agreed to submit for auditing and payment.  The Court DENIES Defendant's motion for reconsideration regarding unearned overtime wages, and clarifies the amount owed, as follows.  Defendant is ordered to pay Plaintiff $4,427.74 in unearned overtime wages, an amount which represents the $11,184.03 in unearned overtime wages claimed by Plaintiff, less the $6,756.29 already paid by Defendant.  The Court DENIES Defendant's motion for reconsideration regarding attorney's fees and affirms its award of $2,000 in attorney's fees.

      IT IS SO ORDERED.

      DATED this 12th day of December, 2006.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

ORDER 2–